

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| LUIS CARLOS RAMOS, | § | No. 08-13-00291-CR |
| Appellant | § | Appeal from the |
| | § | |
| V. | § | 409th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110D01868) |
| | § | |

## MEMORANDUM OPINION

Luis Carlos Ramos has filed a motion to dismiss his appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


May 4, 2016                                   YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)